# Third District Court of Appeal

## State of Florida

Opinion filed July 10, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0594
Lower Tribunal No. F15-7406A
_____

**Fernando Fernandez,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Alberto Milian, Judge.

Daniel J. Tibbitt, P.A., and Daniel Tibbitt, for appellant.

Ashley Moody, Attorney General, and Ivy R. Ginsberg, Assistant Attorney General, for appellee.

Before LOGUE, C.J., and SCALES and BOKOR, JJ.

PER CURIAM.

Affirmed. See Arbelaez v. State, 898 So. 2d 25, 32 (Fla. 2005) ("After an evidentiary hearing on a claim of ineffective assistance of counsel, we

review the deficiency and prejudice prongs as 'mixed questions of law and fact subject to a de novo review standard but . . . the trial court's factual findings are to be given deference. So long as the [trial court's] decisions are supported by competent, substantial evidence, this Court will not substitute its judgment for that of the trial court on questions of fact and, likewise, on the credibility of the witnesses and the weight to be given to the evidence.'" (quoting Sochor v. State, 883 So. 2d 766, 781 (Fla. 2004))).